Kerrin CHEEVER, Personal Representative of the Estate of Edna M. Keith

v.

Philip B. KEITH, Jr., et al.

Supreme Judicial Court of Maine.

Argued Nov. 17, 1988.
Decided Dec. 9, 1988.

Franklin M. Walker, Jr. (orally), Damariscotta, for plaintiff.

Ervin D. Snyder (orally), Snyder & Jumper, Wiscasset, for defendant.

Before ROBERTS, WATHEN, GLASSMAN, CLIFFORD, HORNBY and COLLINS, JJ.

MEMORANDUM OF DECISION.

Philip B. Keith, Jr. and Carol T. Keith appeal from a judgment of the Superior Court, Lincoln County (*Bradford, J.*), cancelling a conveyance of real estate to them from Philip's mother, plaintiff's testator, Edna M. Keith. Contrary to appellants' contentions, we conclude that any error in evidentiary rulings was harmless, *Chadwick–BaRoss, Inc. v. Martin Marietta Corp.*, 483 A.2d 711, 716 (Me.1984) and that the conduct of the proceeding did not de-

prive them of a fair trial, *Barber v. Town of Fairfield,* 486 A.2d 150, 153 (Me.1985).

The entry is: Judgment affirmed.

All concurring.